RECEIVED

Aug 10, 2021

21 AUG 16 AM 11:43

U.S. BANKRUPTCY COURT
ST. PAUL, MN

Janette Lee Fairbanks
PO Box 600152
St. Paul, MN 55106
612 246 0877

William J. Fisher
United States Bankruptcy Judge
200 Warren E. Burger Federal Building and United States Courthouse
316 North Robert Street
St. Paul, MN 55101

Honorable Judge Fisher,

You presided case number 18-32482 Debtor Janette Lee Fairbanks
Please see 2 asterisks next to dates on each document.
Attached order or judgement Filed and Docket Entry made on 4/26/2019
Attached is an eviction notice showing court order has been violated.
Your Honor, can this order violation be added to the docket and addressed and or a documented referral be made to forward for the Civil Division Docket.
During these trying times, the Constitution, Declaration of Independence, Life, Liberty and the Pursuit of Happiness are monuments of freedom. We can voice our opinions, live, work, have economic stability, have a home, vote, and much more.
We also can ask for justice and compliance ......Your Honor I am asking you for justice, compliance as a US Citizen, Minnesota Citizen and as a Gold Star Mother of a Fallen Soldier. NJC Holdings LLC Mr. Paul Bruggeman has managed to take my home, over $100000 in equity with said document listed on the order above, he said he would not execute. He did execute 12/2019  I am now homeless.......and seek your judicial powers. It is very hard being homeless, depressed, not knowing where you will sleep, or sleeping inside a camper that has leaked, with mold, expired tabs and will only go forward in 3rd gear. The danger I face. He took everything from me. I hope you will help. Thank you for your time and for reading my letter.

Sincerely,

*Janette Lee Fairbanks* (signature)

Janette Lee Fairbanks

**Civil contempt occurs when the contemnor willfully disobeys a court order.** This is also called indirect contempt because it occurs outside the judge's immediate realm, and evidence must be presented to the judge to prove the contempt. A civil contemnor, too, may be fined, jailed, or both. The fine or jailing is meant to coerce the contemnor into obeying the court, not to punish him, and the contemnor will be released from jail just as soon as he complies with the court order.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Case No. 18-32482 |
| Janette Lee Fairbanks, | Chapter 13 |
| Debtor. | |

### ORDER GRANTING NJC HOLDINGS, LLC'S APPLICATION FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This case is before the court on NJC Holdings, LLC's ("NJC") Application for the Entry of an Order Granting Relief from the Automatic Stay. Based on the request and the file, it appears that (i) NJC and Debtor entered into an agreed order, which this Court approved [Doc. 46], and (ii) pursuant to that order, NJC filed an Affidavit of Default and is entitled to the relief requested.

A hearing was held on April 25, 2019. Jeffrey H. Butwinick appeared on behalf of the Debtor. Thomas Flynn appeared on behalf of NJC. At the hearing, NJC agreed to modify the stipulated agreement approved by the Court. NJC agreed to limit its action against the property to state law foreclosure rights. NJC agreed it would not file or make effective a deed in lieu of foreclosure signed by the Debtor. At a hearing on April 26, 2019, the parties reiterated and clarified their agreement on the record. Accordingly,

**IT IS HEREBY ORDERED:**

The request is **GRANTED**.

The automatic stay is lifted so that NJC Holdings, LLC may exercise its rights and remedies under applicable nonbankruptcy law in connection with its mortgage on property of the Debtor located at 1112 Breen Street, Saint Paul, Minnesota, legally described as follows:

> Except the North 100.00 feet thereof; the East 125.00 feet of the West 155.00 feet of that part of the Northeast Quarter of the Northeast Quarter of Section 27, Township 29, Range 22, described as follows: Beginning at a point distant 33.0 feet West of the East line of said Section 27 and distant 805.10 feet South of the North line of said Section 27; thence running West 295.76 feet to a point distant 805.50 feet South of said North line; thence South 146.82 feet to a point distant 328.84 feet West of said East line; thence East 295.84 feet to a point distant 147.25 feet South of point of beginning; thence North 147.26 feet to point of beginning, all according to the United States Government Survey thereof, Ramsey County, Minnesota.

CERTIFIED COPY - Certified a true copy
pages on _____, 20__
Lori Vosejpka, Clerk, United States
Bankruptcy Court, District of Minnesota
(SEAL) BY _____ Deputy Clerk

Dated: April 26, 2019

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/26/2019
Lori Vosejpka, Clerk, by AVP

BY THE COURT
/e/ William J. Fisher
_____
William J. Fisher
United States Bankruptcy Judge

| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF RAMSEY | SECOND JUDICIAL DISTRICT |

NJC HOLDINGS, LLC,

    Plaintiff,

vs.

JANETTE FAIRBANKS, JOHN DOE, AND MARY ROE,

    Defendants.

Court File No. 62-HG-CV-20-_____

**FIRST AMENDED EVICTION ACTION COMPLAINT**

1. This eviction is brought under Minn. Stat. §§ 504B.285 and 504B.301.

2. This eviction involves the real property located at 1112 Breen Street, St. Paul, Minnesota 55106, with the following legal description:

   > Except the North 100.00 feet thereof; the East 125.00 feet of the West 155.00 feet of that part of the Northeast Quarter of the Northeast Quarter of Section 27, Township 29, Range 22, described as follows: Beginning at a point distant 33.00 feet West of the East line of said Section 27 and distant 805.50 feet South of said North line; thence South 146.82 feet to a point distant 328.84 feet West of said East line, thence East 295.84 feet to a point distant 147.25 feet South of a point of beginning; thence North 147.26 feet to a point of beginning, all according to the United States Government Survey thereof, Ramsey County, Minnesota.

3. Defendant Fairbanks executed a Warranty Deed in Lieu of Foreclosure, as drafted by the law firm of Larkin, Hoffman, Daly & Lindgren, Ltd., thereby conveying title of the real estate to Plaintiff, NJC Holdings, LLC. — **Not true** [handwritten]

**I did not execute** [handwritten]

1

Case 18-32482   Doc 64   Filed 08/16/21   Entered 08/16/21 16:01:37   Desc Main
Document   Page 4 of 5

62-HG-CV-20-339

Filed in District Court
State of Minnesota
2/10/2020 12:03 P

4. On or about February 19, 2019, Defendant Fairbanks signed the Warranty Deed in Lieu of Foreclosure, which was filed for record on December 26, 2019, and recorded as Doc. No. A04790045.

5. As of February 19, 2019, NJC Holdings, LLC has been the fee owner of 1112 Breen Street, St. Paul, Minnesota 55106.

**Basis for Eviction.**

6. On information and belief, Defendant and other occupants and/or her personal property are occupying 1112 Breen Street, St. Paul, Minnesota 55106, and such interest is after the conveyance of the property via the Warranty Deed in Lieu of Foreclosure.

7. Pursuant to Minn. Stat. 504B.285 and Minn. Stat. 504B.301, the continued occupancy or asserting an interest in 1112 Breen Street, St. Paul, Minnesota 55106, is without basis in law or fact.

8. No occupant of 1112 Breen Street, St. Paul, Minnesota 55106 has a bone fide lease.

9. Per Minn. Stat. § 504B.301, Defendants are persons who may be evicted if the person "unlawfully detains or retains possession of real property."

10. This eviction is not based on a landlord/tenant relationship, and therefore the requirements of Minn. Stat. § 504B.181 do not apply.

11. All conditions precedent have been satisfied.

Ramsey County Recorder, Minnesota, do hereby certify that the attached instrument consisting of ____4____ pages is a true and correct copy of the original on file and of record in my office.

Dated this 22nd day of June, 2021

RECORDER

By _____ Deputy