UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Ms. Janette Lee Fairbanks
PO Box 600152
St. Paul, MN 55106

Re:  18-32482 Janette Lee Fairbanks

August 17, 2021

Dear Ms. Fairbanks-

The court is in receipt of your letter dated August 10, 2021.  However, please note that your case, 18-32482, is closed.  If you wish to have this matter heard before the court you will need to re-open your case and file a motion.  You will need to file an Application to Re-Open Case which also requires a filing fee of $235.00.  If the court approves the application and the case is re-opened then you will then need to file a motion with the court.  More information on filing a motion can be found on our web site at https://www.mnb.uscourts.gov/filing-motions.

It is highly recommended that you seek legal advice.  Below is the Bankruptcy Advice Clinic information for you if you would like to contact them for an appointment.

**Due to health concerns related to COVID-19, the Bankruptcy Advice Clinics in the Twin Cities are temporarily suspended.  As an alternative to the in-person clinics, the Volunteer Lawyers Network (VLN) is offering free legal advice over the phone.  To sign up for an appointment to speak with an attorney, please call the VLN Intake Line at 612-752-6677 on Mondays, Wednesdays and Thursdays between 9:00 am and 1:00 pm.**

Kristin Neff
Calendar Clerk to Judge William J. Fisher
U.S. Bankruptcy Court
200 Warren E. Burger Federal Building and United States Courthouse
316 North Robert Street
St Paul MN  55101